IN THE UNITED STATES DISTRICT COURT DISTRICT OF MARYLAND

| | | |
|---|---|---|
| **Erik B. Cherdak** | ) | |
| | ) | |
| *Plaintiff*, | ) | Case No. 8:05 CV 3051 |
| | ) | |
| v. | ) | **COMPLAINT FOR PATENT** |
| | ) | **INFRINGEMENT** |
| **E.S. Originals, Inc.** | ) | |
| | ) | |
| *Defendant*. | ) | |
| | ) | |

**PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE**

COMES NOW, the Plaintiff, Erik B. Cherdak, by and through counsel, Jay P. Holland and Lawrence R. Holzman and the law firm of Joseph, Greenwald & Laake, P.A., and pursuant to Rule 41(a)(1)(i) of the Federal Rules of Civil Procedure, files the following Notice of Voluntary Dismissal Without Prejudice, and states the following:

1. This matter was filed with the Court on or about November 10, 2005, and the Defendant has not filed an answer or a motion for summary judgment in this matter.

2. Pursuant to Rule 41(a)(1)(i) of the Federal Rules of Civil Procedure, a plaintiff may "dismiss an action without leave of the Court (1) by filing a notice of dismissal at any time before the adverse party files an answer or a motion for summary judgment . . ."

3. No prejudice would result to any of the parties from this matter being voluntarily dismissed without prejudice by the Plaintiff.

WHEREFORE, the above premises considered, the Plaintiff respectfully notes his voluntary dismissal of this matter without prejudice.

2

        Respectfully submitted,

        JOSEPH GREENWALD & LAAKE, P.A.


        _____/s/_____
        Jay P. Holland, Esquire #06015
        Lawrence R. Holzman, Esquire #10751
        6404 Ivy Lane, Suite 400
        Greenbelt, MD  20770
        (240) 553-1199 (v); (301) 220-1214 (fax)
        lholzman@jgllaw.com
        *Counsel for Plaintiff*